NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

STEVEN BROWN (DOING BUSINESS AS LOOKING GLASS PHOTOGRAPHY),

*Plaintiff-Appellee,*

v.

SUBURBAN LIFE PUBLISHING, LLC (DOING BUSINESS AS SUBURBAN LIFE PUBLISHING GROUP),

*Defendant-Appellant.*

---

2012-1239

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in case no. 10-CV-0245, Judge Petrese B. Tucker.

---

Before RADER, *Chief Judge,* and LINN and PROST, *Circuit Judges.*

RADER, *Chief Judge.*

## ORDER

Stephen Brown ("Brown") moves to dismiss this appeal for lack of jurisdiction. Suburban Life Publishing, LLC ("Suburban Life") opposes and moves to transfer this

appeal to the United States Court of Appeals for the Third Circuit.

Suburban Life is appealing from a final judgment of the United States District Court for the Eastern District of Pennsylvania in a copyright infringement case. This court is a court of limited jurisdiction. 28 U.S.C. § 1295. In this case, the district court's jurisdiction does not arise in whole or in part under the patent laws. Pursuant to 28 U.S.C. § 1631, this court is authorized to transfer the case to a court in which the appeal could have been brought at the time it was filed or noticed. This court agrees with Suburban that transfer is appropriate here.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to dismiss is denied.

(2) The motion to transfer is granted. The appeal is transferred pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Third Circuit.

(3) All other pending motions are denied as moot.

FOR THE COURT

MAY 0 1 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Andrew D. Cotlar, Esq.
 Michael J. Brooks, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 1 2012

JAN HORBALY
CLERK